## HENRY MURNEY *versus* JAMES LASSELLE AND FRANCIS LASSELLE, LATE TRADERS IN COMPANY UNDER THE FIRM OF JAMES & FRANCIS LASSELLE

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Motion for discharge from bail denied, special bail *p. 455; (2) continued *p. 474; (3) declaration filed, rule to plead *p. 483; (4) plea filed, continued *p. 507; (5) cognovit, judgment *p. 535.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for subpoena; (5) subpoena; (6) plea in abatement; (7) demurrer to plea; (8) warrant of attorney; (9) draft of judgment; (10) alias fi. fa. and return; (11) precipe for venditioni exponas.

*Office Docket*, MS p. 19, c. 39; p. 41, c. 53; p. 68, c. 1.

## OLIVER WILLIAMS & CO. *versus* MRS. (CLAIRETTE) ALLEN

JOURNAL ENTRIES (1815): *Journal 2:* (1) Petition for writ of error granted *p. 456; (2) diminution suggested, certiorari awarded *p. 463; (3) . . . . *p. 464; (4) judgment reversed, reasons *p. 465.

PAPERS IN FILE: (1) Petition for writ of error; (2) writ of error and return; (3) assignments of error; (4) writ of certiorari; (5) statement of account.

*Office Docket*, MS p. 32, c. 76.